UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA MIAMI DIVISION

CASE NO.

JAMAL MASIH,
a citizen and resident of Oklahoma,

        Plaintiff,

vs.

NCL CORPORATION LTD.,
a Florida Corporation,

        Defendant.
_____/

## COMPLAINT

Plaintiff, JAMAL MASIH, a citizen and resident of Oklahoma, hereby sues Defendant, NCL CORPORATION LTD., a Florida Corporation, (hereinafter "NORWEGIAN") with its principal place of business in Florida doing business as NORWEGIAN CRUISE LINES and alleges the following:

### JURISDICTION, VENUE AND PARTIES

1. This is an action for damages in excess of seventy-five thousand ($75,000.00) dollars, exclusive of interest and costs.

2. Plaintiff, JAMAL MASIH, is a resident and citizen of Oklahoma, and is otherwise *sui juris*.

3. Defendant, NORWEGIAN, is an American corporation with its principal place of business in Miami-Dade County, Florida. Defendant NORWEGIAN is a citizen of Florida for purposes of determining subject matter jurisdiction over this action.

4. This Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1332,

based on diversity of citizenship. Plaintiff is a resident and citizen of Oklahoma, while Defendant is a citizen of Florida. The damages and injuries suffered by Plaintiff support an award of damages in excess of $75,000.00, exclusive of interest and costs.

5. This case also has admiralty subject matter jurisdiction pursuant to 28 .S.C. § 1333 since the accident occurred on a cruise ship in open waters and has the potential to impact maritime commerce.

6. At all material times, Defendant NORWEGIAN has conducted ongoing substantial and not isolated business activities in Miami-Dade County, Florida, in the Southern District of Florida, so that in personam jurisdiction over Defendant exists in the United States District Court for the Southern District of Florida.

7. At all material times, the Defendant has engaged in the business of operating maritime cruise vessels for fare paying passengers, including the Plaintiff.

8. In the operative ticket contract, the Defendant requires fare paying passengers such as the Plaintiff to bring any lawsuit against it arising out of injuries or events occurring on the cruise voyage in this federal judicial district, and venue is proper in this Court.

9. Venue is also proper in this district because the Defendant's principal places of business is located within this district.

10. Plaintiff has complied with all conditions precedent to bringing this action, including providing Defendant with timely notice as required by the ticket contract.

**LIABILITY AND DAMAGE ALLEGATIONS COMMON TO ALL COUNTS**

11. At all material times, Defendant NORWEGIAN was engaged in the business of operating maritime cruise vessels for fare paying passengers and for this purpose operated, among other vessels, the "NORWEGIAN STAR".

12. On November 8, 2023, Plaintiff JAMAL MASIH was a fare paying passenger aboard the "NORWEGIAN STAR" and in that capacity was lawfully present aboard the vessel.

13. Defendant NORWEGIAN placed a piece of furniture in Plaintiff's room, which obstructed the path to the bathroom, causing Plaintiff to strike his knee on said piece of furniture, causing serious injuries.

## COUNT I - NEGLIGENCE

Plaintiff adopts, realleges and incorporates by reference all allegations of Paragraphs 1 through 13 above and further alleges the following matters.

14. At all material times, Defendant NORWEGIAN owed Plaintiff, as a fare paying passenger, a duty of reasonable care for h safety, in all areas of the vessel, including the inside of the Plaintiff's cabin.

15. On November 8, 2023, Defendant breached its duty by placing a dresser in such close proximity to the bed that Plaintiff was not able to safely get out of the bed, which resulted in him striking his knee into the furniture causing serious injuries.

16. As a result, of the Defendant's negligence, Plaintiff sustained serious injuries.

**WHEREFORE,** Plaintiff demands judgment against Defendant NORWEGIAN for compensatory damages, interest and the costs of this action and further demands trial by jury of all issues so triable as of right.

## DEMAND FOR JURY TRIAL

The Plaintiff hereby demands trial by jury of all issues so triable as of right.

Dated: November 6, 2024.

**CHALIK & CHALIK, P.A**.
Attorneys for Plaintiff
10063 N.W. 1st Court

Plantation, Florida 33324
Tel.:    (954) 476-1000
Fax:    (954) 472-1173
Service:   litigation@chaliklaw.com

By: /s/ Debi Chalik
     DEBI F. CHALIK
     Florida Bar No. 179566
     Debi@chaliklaw.com